# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WILHELM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMEO POWER, INC., SUSAN BRENNAN, LAUREN WEBB, ROBERT MANCINI, PHILIP KASSIN, DONALD GOTTWALD, LAURENE HORISZNY, TIMOTHY STUART, and PAUL WILLIAMS,<br><br>　　　　　Defendants. | Case No. 1:22-cv-07662-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Robert Wilhelm ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: October 6, 2022 | Respectfully Submitted,<br><br>*/s/ Richard A. Acocelli*<br>Richard A. Acocelli<br>**ACOCELLI LAW, PLLC**<br>33 Flying Point Road, Suite 131<br>Southampton, NY 11968<br>Tel: (631) 204-6187<br>Email: racocelli@acocellilaw.com<br><br>*Attorneys for Plaintiff* |